UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOUIS DELACRUZ,<br><br>   Plaintiff,<br><br>   v.<br><br>ALAMEDA COUNTY, et al.,<br><br>   Defendants. | Case No. 20-cv-04016-SI<br><br>**ORDER OF DISMISSAL** |

On August 11, 2020, mail was sent from the court to plaintiff at the address he provided to the court and was returned undelivered on August 24, 2020, bearing the notation "NIC," which usually stands for "not in custody," and a partially obscured stamp that appears to state, "return to sender – not in custody." Docket No. 10. Plaintiff has not provided a more recent address than the address to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail. This action is DISMISSED without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

**IT IS SO ORDERED**.

Dated: October 30, 2020

_____
SUSAN ILLSTON
United States District Judge