UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOUIS DELACRUZ,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY, et al.,<br><br>Defendants. | Case No. 20-cv-04016-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 30, 2020

_____
SUSAN ILLSTON
United States District Judge